Receipt # 11091014
$2.54  12/03/10  KQP

## AARON, DAUTCH, STERNBERG & LAWSON, LLP

WILLIAM E. LAWSON
ROBERT C. BOEHM
FRANCIS P. WEIMER

COUNSELLORS AT LAW
CONVENTION CENTER TOWER
43 COURT STREET • SUITE 730
BUFFALO, NEW YORK 14202-3172
TEL: (716) 854-3015
FAX: (716) 854-1716

HOWARD AARON
(1892-1952)

CHARLES DAUTCH
(1898-1979)

LOUIS STERNBERG
(1908-1996)

December 2, 2010

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re: (Case Name) <u>Suzanne E. Mikolajczak</u> / Case <u>#09-15254-CLB</u>
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of <u>$ 2.54</u>. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), or

_X_ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant <u>GE Money Bank dba JC PENNY CREDIT SERVICES</u> Amount $ <u>2.54</u>
Claims Register # <u>7</u>

Trustee Name: William E. Lawson

FILED
December 3, 2010
BANKRUPTCY COURT
BUFFALO, N.Y.